[No. 9919–9–III.   Division Three.   March 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
HESPAR WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 88–1–00083–4, Ted Kolbaba, J., entered March 27, 1989. *Affirmed* by unpublished opinion per

Thompson, J., concurred in by Munson, C.J., and Shields, J.